USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT **SELECT ONE:**

Hupp, Tifanie, et. al,

**V.**

Seth Cook, et. al,

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER**

John Eric Campbell

59318

*Name of Visiting Attorney and firm name*      *Bar ID number*

Tiffanie Hupp and Clifford Myers

*Name of party represented*

Missouri - P.O. Box 119326 Monroe, Jefferson City, MO 65102
Illinois - 424 S. 2nd St., Springfiled, IL 60603
New York - 1 Elk St. Albany, NY 12207

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

20 S. Sarah St.
St. Louis, MO 63108

*Visiting Attorney's office address*

314-588-8101              314-588-9188              john@campbelllawllc.com

*Visiting Attorney's office telephone number*      *Office fax number*      *Email address*

David Schles, Law Office of David Schles

WV  6375

*Name of Sponsoring Attorney and firm name*       *WV Bar ID number*

815 Quarrier St. Suite 306
Charleston, WV 25301

*Sponsoring Attorney's office address*

304-344-1559                                          schles_law@wirefire.com

*Sponsoring Attorney's office telephone number*    *Office fax number*    *Email address*

Page 1 of 2

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| **Janaury 25, 2017** | **/s/ John E Campbell** |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| **January 25, 2017** | **/s/ David Schles** |
|---|---|
| Date | Signature of Sponsoring Attorney |



### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration**.