# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**TIFFANIE HUPP**, **R.H.,** *a minor, by and through his next friend, Tiffanie Hupp*, *and*
**CLIFFORD MYERS,**
    *Plaintiffs,*

v.

**STATE TROOPER SETH COOK** *and*
**COLONEL C.R. "JAY" SMITHERS,**
    *Defendants.*

No. 2:17-CV-926
Hon. Thomas E. Johnston

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now Defendants and move the Court for summary judgment on Plaintiffs' claims against them. As more fully set out in Defendants' memorandum, filed contemporaneously herewith and hereby fully incorporated herein, there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law. Accordingly, Defendants respectfully request the Court to **GRANT** Defendants motion.

**SETH COOK** and **C.R. "JAY" SMITHERS,**
By counsel,

**STEPTOE & JOHNSON PLLC**
*Of Counsel*

**/s/ Michael D. Mullins**
Michael D. Mullins (W. Va. Bar No. 7754)
*michael.mullins@steptoe-johnson.com*
Shawn A. Morgan (W. Va. Bar No. 6640)
*shawn.morgan@steptoe-johnson.com*
Robert L. Bailey (W. Va. Bar No. 8902)
*robert.bailey@steptoe-johnson.com*
707 Virginia St. E. 17th Floor
P.O. Box 1588
Charleston, W. Va. 25326-1588
(304) 353-8000 (voice)
(304) 353-8180 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**TIFFANIE HUPP**, **R.H.**, *a minor, by and through his next friend, Tiffanie Hupp*, *and*
**CLIFFORD MYERS,**
    *Plaintiffs,*

v.

**STATE TROOPER SETH COOK** *and*
**COLONEL C.R. "JAY" SMITHERS,**
    *Defendants.*

No. 2:17-CV-926
Hon. Thomas E. Johnston

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I served the foregoing "*Defendants' Motion for Summary Judgment*" and memorandum in support thereof with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to:

ANIMAL LEGAL DEFENSE FUND
525 East Cotati Avenue
Cotati, CA 94931
914/844-5447
Fax: 707/795-7280
Email: aanello@aldf.org
    *Counsel for Plaintiffs*

David O. Schles
Suite 306
815 Quarrier Street
Charleston, WV 25301
304/344-1559
Fax: 304/344-2339
Email: Schles_law@wirefire.com
    *Counsel for Plaintiffs*

John Eric Campbell
UNIVERSITY OF DENVER
STURM COLLEGE OF LAW
2255 East Evans Avenue
Denver, CO 80208
314/588-8101
Fax: 314/588-9188
Email: john@campbelllawllc.com
    *Counsel for Plaintiffs*

Justin F. Marceau
UNIVERSITY OF DENVER
Ricketson Law Building
2255 East Evans Avenue
Denver, CO 80208
617/256-9073
Email: jmarceau@law.du.edu
    *Counsel for Plaintiffs*

    /s/ Michael D. Mullins