IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TIFFANIE HUPP, et al.,

         Plaintiffs,

v.                                CIVIL ACTION NO.   2:17-cv-00926

STATE TROOPER SETH COOK, et al.,

         Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered this day, the Court **GRANTS** Defendants' motion for summary judgment.  (ECF No. 92.)  The Court further **DENIES** Plaintiffs' partial motion for summary judgment.  (ECF No. 90.)  The Court **DIRECTS** the Clerk to remove this case from the Court's docket.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                          ENTER:      July 3, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE