IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TIFFANIE HUPP, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.   2:17-cv-00926

STATE TROOPER SETH COOK, et al.,

        Defendants.

**FIRST AMENDED SCHEDULING ORDER**

Pending is the Plaintiffs' unopposed motion to reschedule (ECF No. 133).   For good cause shown, the motion (ECF No. 133) is **GRANTED**, and the *Scheduling Order* previously entered is **AMENDED** as follows:

1)    **Pretrial Conference**:   A pretrial conference shall be held on **February 26, 2020, at 10:00 a.m.,** at which lead trial counsel shall appear fully prepared to discuss all aspects of the case.   Individuals with full authority to settle the case for each party shall be present in person or immediately available by telephone.

2)    **Proposed Charges to the Jury**:   The original and one copy of proposed jury instructions, numbered and in charge form, on substantive theories of recovery or defense, on damages and on evidentiary matters peculiar to the case, and special interrogatories, if any be appropriate to the case, requested by counsel for submission to the jury, together with a verdict form, shall be exchanged by counsel and submitted to the presiding District Judge by **March 3, 2020**.   On that same date, the proposed jury instructions and verdict form shall also be submitted

1

to the presiding District Judge on compact disc saved in WordPerfect compatible format or emailed to chambers according to instructions provided by the Court's law clerk.

Proposed jury instructions on substantive theories of liability, damages, defenses or evidentiary issues matters peculiar to the case, should include pertinent statutory, case or other authority. Proposed instructions on generic matters, such as burden of proof, evidence and the duty of jurors, which would apply in any civil case, are unnecessary. Further, instructions submitted with accompanying authority will generally be given greater consideration than those proposed without authority.

      3) **<u>Exhibits and Objections to Exhibits</u>:** On or before **February 24, 2020,** the plaintiff and the defendant shall each:

    a.     file a **LIST** of proposed exhibits with the Clerk of Court; and,

    b.     forward copies of the proposed exhibits to opposing counsel.

Objections to exhibits, **WITH THE STATED REASONS FOR THE OBJECTION AND THE EXHIBIT TO WHICH OBJECTION IS MADE ATTACHED**,[1] shall be filed on or before **March 2, 2020.** Failure to comply with this paragraph may constitute a waiver of objections.

All exhibits shall be appropriately marked in numerical sequence (not lettered). Exhibit markers may be secured from the Clerk. **ORIGINAL EXHIBITS** shall be filed **AT THE TIME OF TRIAL AND SHOULD NOT BE FILED PRIOR TO TRIAL**. If counsel desires each juror to have a binder of copies of exhibits to view as counsel examines witnesses, these should be prepared for presentation to each juror at the appropriate time but with the Court's permission.

---

[1]When a party objects to an exhibit which is voluminous in size, the party may refer to the exhibit by number and dispense with this requirement, as long as the Court has previously been provided with a copy of the relevant exhibit binder.

4) **Interrogatories and Depositions to be Used at Trial and Objections:** On or before **February 24, 2020,** the plaintiff shall file any interrogatories, answers thereto, depositions, etc., **specifying the appropriate portions thereto that the plaintiff intends to offer in this case**. The defendant shall do the same on or before **March 2, 2020.** Any objection to the introduction of any of the foregoing shall be filed in writing by the objecting party or parties no later than **March 5, 2020**, or such objection shall be deemed to have been waived. This paragraph does not apply to discovery materials that will be used at trial solely in cross-examination or for impeachment.

5. **Stipulation of Facts:** Counsel are encouraged to meet and enter into stipulations of facts in this case and any such stipulation shall be reduced to writing, signed by counsel and filed and served upon opposing counsel by **February 24, 2020.**

6. **Final Settlement Conference**: A final settlement conference, attended by all unrepresented parties and by lead trial counsel for each represented party, shall be held on **February 26, 2020, at 10:00 a.m.** or as earlier directed by the Court. Individuals with full authority to settle the case for each party shall be present in person or immediately available by telephone.

7. **Trial**: Trial of this action shall be held on **March 10, 2020, at 9:00 a.m.**, before the undersigned. Trial will commence upon completion of jury selection in any other case scheduled for this date. This case is presently the second case on the trial docket for that week.

All proceedings shall be held by the Court at the Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Charleston West Virginia.

The dates listed above are summarized in the following table:

| Deadline | Date |
|---|---|
| Pretrial Conference | 02/26/2020 at 10:00 AM |
| Proposed jury charge | 03/03/2020 |
| Proposed exhibits due | 02/24/2020 |
| Objections to proposed exhibits due | 03/02/2020 |

| Plaintiff's interrogatories due | 02/24/2020 |
| --- | --- |
| Defendant's interrogatories due | 03/02/2020 |
| Objections to interrogatories due | 03/05/2020 |
| Stipulation of facts due | 02/24/2020 |
| Final Settlement Conference | 02/26/2020 at 10:00 AM |
| Trial | 03/10/2020 at 9:00 AM |

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 25, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE